UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| v. | : | Crim. No. 09-878 |
| ABDUL WILLIAMS | : | **ORDER** |

This matter having been opened to the Court on motion of Defendant Abdul Williams (Dean R. Maglione, Esq., appearing), for an order granting a continuance of this Court's Order for Discovery and Inspection, dated December 7, 2009, as amended January 4, 2010, for a period of 30 days, the United States (Anthony J. Mahajan, Assistant United States Attorney, appearing) having consented to the adjournment, and for good cause shown

WHEREFORE, IT IS on this  11th  day of January 2010,

ORDERED that pretrial motions, if any, shall be filed no later than February 10, 2010;

IT IS FURTHER ORDERED that any opposition to the motions shall be filed no later than February 17, 2010;

IT IS FURTHER ORDERED that the hearing on any such motions shall be  MARCH 1, 2010 ; at 2:00 p.m.

IT IS FURTHER ORDERED that the trial in this matter will commence on  MARCH 17, 2010 ; and

IT IS FURTHER ORDERED that all other conditions of the Court's Order for Discovery and Inspection shall remain in full force and effect.

_____
HONORABLE DICKINSON R. DEBEVOISE
United States District Judge