UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 09-878 (DRD) |
| v. | : | CONTINUANCE ORDER |
| ABDUL WILLIAMS | : | |

This matter having been opened to the Court by defendant ABDUL WILLIAMS (Dean R. Maglione, Esq., appearing), and Paul J. Fishman, United States Attorney for the District of New Jersey (Anthony J. Mahajan, Assistant U.S. Attorney, appearing) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter tried within seventy days of the filing date of the Indictment, pursuant to Title 18 of the United States Code, Section 3161(c), and the defendant having waived such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are in progress. The successful completion of such negotiations may render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 10th day of May 2010,

ORDERED that the proceedings in the above-captioned matter are continued from April 13, 2010, through September 1, 2010;

1

IT IS FURTHER ORDERED that the period between April 13, 2010, through September 1, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that if the defendant or United States intends to file motions, they shall be filed no later than June 14, 2010;

IT IS FURTHER ORDERED that any opposition by the Government to defendant's motions shall be filed no later than July 12, 2010;

IT IS FURTHER ORDERED that the hearing as to any such motions shall be held on a date to be set by the Court following receipt of the foregoing motion papers;

IT IS FURTHER ORDERED that the trial in this matter will commence on a date to be set by the Court following determination of the foregoing motions.

HONORABLE DICKINSON R. DEBEVOISE
United States District Judge

Requested and Agreed to by:

Dean R. Maglione, Esq./Randy P. Davenport, Esq.

Anthony J. Mahajan, AUSA

2