UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 09-878 |
| v. | : Hon. Dickinson R. Debevoise |
| ABDUL WILLIAMS | : |
| | EX PARTE ORDER |
| | : |

This matter having come before the Court on the ex parte application of the United States of America (Paul J. Fishman, United States Attorney, by Anthony J. Mahajan, Assistant United States Attorney), for an order denying, restricting, and deferring discovery and inspection pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, and the Court having considered the written submission of the government, and good and sufficient cause having been shown,

IT IS on this 14th day of July, 2010,

ORDERED that the United States' application for an order denying, restricting, and deferring discovery and inspection pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure for ninety (90) days from July 14, 2010, that is, through October 12, 2010, is granted; and it is

FURTHER ORDERED that the United States be, and it hereby is, permitted to make its application wholly in the form of a written statement, namely its July 14, 2010 Letter Application, to be inspected by the judge alone; and it is

FURTHER ORDERED that the United States shall be permitted to refuse discovery and inspection of any statements made by defendant in recorded conversations, for the interval of time noted above; and it is

FURTHER ORDERED that the Order, the Application, and all supporting papers shall be sealed until further order of this Court; and it is

FURTHER ORDERED that the docket sheet available to the public shall not indicate the nature of the Application or the nature of this Order.

HON. DICKINSON R. DEBEVOISE
United States District Judge