UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Crim. No. 09-878(DRD) |
| Plaintiff, | : | |
| | : | **O R D E R** |
| v. | : | |
| | : | |
| ABDUL WILLIAMS | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

Defendant, Abdul Williams, having moved (i) for suppression of the gun which was found on July 15, 2010 in the vehicle in which he was a passenger and (ii) for production of a videotape taken prior to the stopping of the vehicle in which the gun was found, or, in the alternative, for dismissal of the indictment; and the parties having submitted transcripts and other evidence; and the court having held a hearing but having found that further testimony is unnecessary; and for the reasons set forth in an opinion of even date;

IT is this 13th day of August, 2010;

**ORDERED as follows:**

1. Defendant's motion to suppress the handgun seized on July 15, 2010 is denied without the need for a further evidentiary hearing.

2. Defendant's motion to produce a July 15, 2010 videotape, or, in the alternative to dismiss the superseding indictment is denied.

*s/ Dickinson R. Debevoise*
DICKINSON R. DEBEVOISE
U.S.S.D.J.