UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| v. | : | Crim. No. 09-878 |
| ABDUL WILLIAMS. et al. | : | **ORDER** |

This matter having come before the Court upon motion by the United States concerning

the conflict posed by Dean R. Maglione's representation of defendant ABDUL WILLIAMS. filed

June 14, 2010, that motion having been unopposed: and for good cause shown

WHEREFORE, IT IS on this     _18 th_ day of October 2010.

ORDERED that Dean R. Maglione, counsel for defendant ABDUL WILLIAMS, be and

hereby is disqualified from representing defendant ABDUL WILLIAMS in this case.

_____
HONORABLE DICKINSON R. DEBEVOISE
United States District Judge